## Neyens *v.* Port, Appellant (No. 2).

OPINION BY PORTER, J., April 17, 1911:

The questions presented by this record are the same which have been discussed in the opinion this day filed, in the case between the same parties, at ante, p. 428, and

for the reasons in said opinion stated, the specifications of error are sustained.

The judgment is reversed and the record is remitted to the court below with direction to that court to enter judgment in favor of the defendant non obstante veredicto.